1  **FREEMAN MATHIS & GARY, LLP**
   SHARON C. COLLIER (State Bar No. 203450)
2  sharon.collier@fmglaw.com
   ALLAN ISBELL (State Bar No. 123330)
3  allan.isbell@fmglaw.com
   NICHOLAS R. O'BRIEN-KOVARI, State Bar No. 291409
4  nick.o'brien-kovari@fmglaw.com
   1255 Treat Boulevard, Suite 300
5  Walnut Creek, CA 94597-7965
   P: (925) 644-0918 | F: 833-335-7962
6
   Attorneys for Defendant
7  CITY OF ORINDA

8                    **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10

11
   FOSTER POULTRY FARMS, a California      Case No. 1:20-CV-01628-DAD-SKO
12 corporation,
                                           The Hon. Sheila K. Oberto
13              Plaintiff,
                                           **ORDER STAYING DISTRICT COURT**
14      v.                                 **PROCEEDINGS PENDING**
                                           **SETTLEMENT OF RELATED STATE**
15 CONTRACTORS BONDING AND                 **COURT ACTION**
   INSURANCE COMPANY, an Illinois
16 Corporation,                            (Doc. 23)

17              Defendant.                 Date:      May 20, 2022
                                           Time:      9:45 a.m.
18                                         Crtrm.:    7

19                                         Trial Date:      N/A

20

21          The Court, having read and considered Plaintiff Foster Poultry Farms' and Defendant

22 Contractors Bonding and Insurance Company's (hereinafter "Parties") Joint Stipulation to Stay

23 District Court Proceedings Pending Settlement (Doc. 23), finds good cause to stay this case for six

24 months.  Accordingly, the Court hereby ORDERS the following:

25      1.  This action is STAYED pending the settlement and/or resolution of the underlying lawsuit

26          in Merced Superior Court, *Rathi v. Foster Poultry Farms, et al.*, No. 19-CV-00788 (the

27          "Underlying Action"), for six months;

28

LAW OFFICES
BERKES CRANE
SANTANA & SPANGLER

2.     By no later than the *earlier* of November 14, 2022, or five days following settlement and/or resolution of the Underlying Action, the parties SHALL file a joint status report (1) apprising the Court of the status of the Underlying Action, and (2) proposing a new case schedule, if appropriate; and

3.     The Scheduling Conference, currently scheduled for May 20, 2022, is VACATED.

IT IS SO ORDERED.

Dated:  __**May 13, 2022**__              __*/s/ Sheila K. Oberto*__

                                                     UNITED STATES MAGISTRATE JUDGE