UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOSTER POULTRY FARMS,<br><br>Plaintiff,<br><br>v.<br><br>CONTRACTORS BONDING AND INSURANCE COMPANY,<br><br>Defendant. | No. 1:20-cv-01628-NODJ-SKO<br><br>ORDER DIRECTING CLERK TO ASSIGN A DISTRICT JUDGE TO THIS MATTER AND CLOSE THE CASE<br><br>(Doc. 28) |

On December 14, 2023, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 28.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to assign a district judge to this matter and thereafter close this case.

IT IS SO ORDERED.

Dated:  **December 18, 2023**           /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE